UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VICTOR BERDECIA and MISTY RODRIGUEZ,

                    Plaintiffs,

        v.

LIBERTY MUTUAL INSURANCE COMPANY,

                    Defendant.

CASE NO. 2:24-cv-01813-TL

ORDER OF DISMISSAL

The Parties having notified the Court of settlement of this case, and it appearing that no issue remains for the Court's determination, it is hereby ORDERED that this action and all claims asserted herein are DISMISSED without prejudice and without costs to any party.

In the event that the settlement is not perfected, any Party may move to reopen the case within **sixty (60) days** of this order.

Dated this 17th day of July, 2026.

_____
Tana Lin
United States District Judge

ORDER OF DISMISSAL – 1